# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN NEFF, DERIVATIVELY on behalf of IMMUNOMEDICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>DAVID M. GOLDENBERG, CYNTHIA L. SULLIVAN, ARTHUR S. KIRSCH, BRIAN A. MARKISON, MARY E. PAETZOLD, DON C. STARK, AND PETER P. PFREUNDSCHUH, <br><br>Defendants, <br><br>and <br><br>IMMUNOMEDICS, INC., <br><br>Nominal Defendant. | C.A. No.: 20-cv-830-MN |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Neff hereby voluntarily dismisses this action without prejudice.

Dated: April 8, 2022

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff*